UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LANCE WILLIAMS,

Plaintiff,

v.

C.D.C.R., et al.,

Defendants.

No. 2:25-cv-03743-TLN-CSK

**ORDER**

Plaintiff, proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 3, 2026, the magistrate judge filed findings and recommendations which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 3.) No objections were filed and the time to do so has elapsed.

The Court presumes any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed September 3, 2026 (ECF No. 3) are ADOPTED in full;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend; and

4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

DATE: October 29, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE